No. 1070. TALBOT MILLS v. COMMISSIONER OF INTERNAL REVENUE. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Melville F. Weston* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch* and *Harry Baum* for respondent.

No. 1089. BETTER BUSINESS BUREAU OF WASHINGTON, D. C., INC. v. UNITED STATES. April 30, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Simon Lyon* and *R. B. H. Lyon* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 665. LINE MATERIAL CO. ET AL. v. COE, COMMISSIONER OF PATENTS. See *ante*, p. 834.

No. 1082. GLASS CITY BANK v. UNITED STATES. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Fred B. Trescher* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch, Homer R. Miller* and *Walter J. Cummings, Jr.* for the United States.

No. 1085. LEVERS, ADMINISTRATOR, v. ANDERSON, DISTRICT SUPERVISOR, ALCOHOL TAX UNIT. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Huston Thompson* and *Hugh H. Obear* for petitioner. *Assistant Solicitor General Cox* and *Mr. Robert L. Stern* for respondent.